**Felix J. PRAYLOW, Petitioner—Appellant,**

v.

**Charles M. CONDON, Attorney General of South Carolina; Gary Maynard, Director, South Carolina Department of Corrections; Colie Rushton, Warden of McCormick Correctional Institution, Respondents—Appellees.**

No. 04–7816.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 4, 2005.

Decided March 11, 2005.

Felix J. Praylow, Appellant pro se. Donald John Zelenka, Chief Deputy Attorney General, William Edgar Salter, III, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Felix J. Praylow seeks to appeal the district court's order accepting the recommendation of the magistrate judge and

denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude on the reasoning of the district court that Praylow has not made a substantial showing of the denial of a constitutional right. *See Praylow v. Condon*, No. CA–02–3308–4–25 (D.S.C. Oct. 29, 2004). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*